Sam H. Wilkins, Plaintiff-Appellee, v. Benevolent Protective Order of Elks, Lodge No. 623, Charleston, Illinois, Defendant-Appellant.

Gen. No. 9,969.

Third District.

February 18, 1955.

Rehearing denied April 11, 1955.

Released for publication April 11, 1955.

Earl S. Hodges, for appellant; Wallace & Beil, and Ralph E. Suddes, for appellee. Opinion by JUSTICE REYNOLDS. Not to be published in full.